Sallie Smart
1034 Leland Street #26
Spring Valley, Ca 91977

FILED
2008 MAY 27 PM 4: 04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KMH DEPUTY

# UNITED STATES DISTRIC COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case No. **08 CV 0934 J AJB**

JP MORGAN CHASE BANK, N.A. its
Successors and assigns

    Plaintiffs

    v

Sallie Smart and DOES 1 through
X inclusive
    (A Real Living Being)

    Defendants/ Respondents

) Notice of Removal State Court Civil
) Case No. 37-200800034113-CL-UD-EC
) 28 U.S.C. 1441-(46)
)
)
)
)
)
)
)
)
)
) Controversy excess $305,244.00
)
) All Parties have been currently Served

---

NOTICE TO ALL PARTIES OF INTERSEST,

Respondents Sallie Smart in her own stead Removed of state Court Instant Matter to the Original Jurisdiction of Article 3 Court , District Court of the United States, Southern District of California, to this Court. All parties have been served pursuant to **TITLE 28—JUDICIARY AND JUDICIAL PROCEDURE PART IV—JURISDICTION AND VENUE CHAPTER 89—DISTRICT COURTS; REMOVAL OF CASE FROM STATE COURT. Sec. 1441-(6)** procedure for removal. For the Following Reasons:

-1-

Statement of Fact

"True Bill" by Sallie Smart in support of Legislative Act , by Caveat Judicial Notice

28 USC 1446-sec 576 which grant Removal to Defedants

I Class- Member Sallie Smart Declare and Attest , that I am a Part of Class Action Lawsuit against Predator Investors Lender HomeComing Financial /JP Morgan Chase Bank, N.A and Complaint Currently filed with the Better Business Bureau , for Unethical Outrageous Business Practice , and Misrepresentations and failure to give full disclosure of Contract pursuant to Fair Debt Collections Act/ Regulations Z, Truth and lender Act, Class- Member Sallie Smart has Reason to Believe , JP Morgan Chase Bank, NA , as Trustee Commercial Dishonor My Payment in Full of the Original Loan , under the Color of office and federal law ,which Protest by a Notary Public the Secretary of state, and because the Respondent reserve the right to rescissions the deed of trust/ Promissory Note under the statute of Fraud .

I Class Member Sallie Smart has reason to believe because as a Senior Citizen who reserved the right to wait until the Attorney General Criminal Indict these Malfeasant Predator Lenders who prey on the general public at large is in Jeopardy because of Unethical business Practice which includes Invasions of Chapter 13 Bankruptcy and foreclosure on said property without Move or Motion Granted to Predator lender nor its Malfeasants Trustee J. P. Morgan Chase Bank, Authorized of Automatic stay lifted, by the United States Bankruptcy Court Administrative Magistrate order Foreclosure, nor has the Fictitious Plaintiff Received a Quiet Title Judgment / Order from the United States District Court Instructing Superior Court to Move forward with a sheriff federal of state tax sale/ unlawful detainer , etc.

Class Member Sallie Smart further has Exhausted and all Available Remedy under article 3 Common law Court Proceeding, all rights reserved, as follows: (a) defendants desiring to remove any civil action from a State court shall file in the District Court of the United States for the state Division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and

containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action. Notice is hereby given that defendants Sallie Smart and Associates inclusive hereby remove this action from the Superior Court of California, EAST COUNTY DIVISION to the United States District Court, Southern District of California. The grounds for removal are as follows: Sallie Smart and Associates inclusive are the defendants in the above-entitled civil action filed in the Superior Court of California, EAST COUNTY DIVSION Case No. 37-200800034113-CL-UD-EC. a) In addition, the amount in controversy as to the claims of both parties exceeds $305,244.00, exclusive of interest and costs, in that defendant claims actual damages in excess of $ 305,244.00 ( Three Hundred and Five Thousand two Hundred and forty four Dollars) treble damages and punitive damages with respect to each of three causes of action. Moreover, state National Sallie Smart and Associates inclusive are informed and believe base thereupon allege that the cost to Sallie Smart and Associates inclusive of the equitable and injunctive relief requested by plaintiff exceeds the sum of $305,244.00, exclusive of interest and costs.

Verification

I Class –Member Sallie Smart Declare and Affirms that the above information of Predator Lender Homecoming Financing/ and ,Malfeasant trustee JP .Morgan Chase , is true and correct and they did received my payment in full in said Amount over $350,000.00 Which was commercial dishonor of said payment by Predator Lenders Malfeasant and trustee attempt allege foreclosure on the Note of the deed of trust several month later, any mention of a complaint file with the Better Business Bureau and become a party to class action lawsuit Settlement with the Attorney General is true and correct also.       Dated: May 27, 2008

*[signature: Sallie Smart]*

Sallie Smart and Associates

UCC -1-207.7 Without Prejudice

| | |
|---|---|
| 1 | ROCHELLE L. STANFORD (SBN 147238) |
|   | PITE DUNCAN, LLP |
| 2 | 525 E. Main Street |
|   | P.O. Box 12289 |
| 3 | El Cajon, CA 92022-2289 |
|   | Telephone: (619) 590-1300 |
| 4 | Facsimile:  (619) 590-1385 |

**FILED**
EAST COUNTY DIVISION

08 MAY 12 AM 9: 37

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA

5  Attorneys for Plaintiff JPMORGAN CHASE BANK, N.A., its successors and/or assigns

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO - EAST COUNTY DIVISION

37-2008-00034113-CL-UD-EC

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., its successors and/or assigns, | CIVIL ACTION NO. |
| Plaintiff(s), | COMPLAINT FOR UNLAWFUL DETAINER AND MONEY DAMAGES |
| vs. | AMOUNT DEMANDED DOES NOT EXCEED $10,000 |
| SALLIE SMART, and DOES I through X, inclusive, | LIMITED CIVIL CASE |
| Defendant(s). | VIA FAX |

Plaintiff, JPMorgan Chase Bank, N.A., its successors and/or assigns ("Plaintiff"), alleges:

### CAUSE OF ACTION FOR UNLAWFUL DETAINER

### AND MONEY DAMAGES

1. Plaintiff is entitled to the possession of, and is the owner of record of a parcel of real property (hereinafter "property") and the dwelling thereon located at 1034 Leland Street #26, Spring Valley, CA 91977, more particularly described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS IN EXHIBIT "1" AND INCORPORATED HEREIN AS SET FORTH IN FULL.

The property is located within the above-referenced Judicial District and County.

/././

/././

/././

DATE: 05-27-08
Attest: A true copy, Eleven(11) Page
Clerk of the Superior Court
By_____, Deputy

K. Thompson

-1-
COMPLAINT FOR UNLAWFUL DETAINER

2. The true names and capacities, whether individual, corporate, associate or otherwise of the Defendants named herein as DOES I through X in occupancy are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of such DOE Defendants when they have been ascertained.

3. Defendant(s), and each of them, are currently in possession of and occupying the property.

4. Plaintiff purchased the property at a Trustee's Sale held on September 6, 2007. Plaintiff's title has been duly perfected.

5. Plaintiff has duly recorded the Trustee's Deed Upon Sale, a copy of which is attached hereto as exhibit "2" and incorporated herein as if set forth in full.

6. Defendant(s) were served a 30-Day Written Notice To Vacate on March 27, 2008. A copy of the written notice is attached hereto as exhibit "3" and incorporated herein as if set forth in full. Said service was made in compliance with Section 1162 Code of Civil Procedure.

7. The Defendant(s) failed to comply with the requirements of the 30-Day Written Notice to Vacate, which expired on April 28, 2008.

8. The Defendant(s) continue in possession of the property unlawfully after expiration of the Written 30-Day Notice to Vacate without permission of the Plaintiff and under no right of claim.

9. The reasonable value for the use and occupancy of the property is $30.00 per day. Plaintiff seeks damages in that amount from April 29, 2008 and for each day thereafter, until the date of Judgment herein.

10. Continued possession of the property is willful and malicious and Plaintiff is entitled to statutory damages of $600.00 in addition to actual damages pursuant to California Code of Civil Procedure §1174(b).

11. Plaintiff has performed all the necessary actions and given all the required notices to bring this Unlawful Detainer action.

/././

/././

-2-
COMPLAINT FOR UNLAWFUL DETAINER

1  WHEREFORE, Plaintiff prays for Judgment against Defendant(s) as follows:

2    1.    For restitution and possession of the property; and

3    2.    For $30.00 which represents the unpaid fair rental value per day for use and

4  occupancy of the property and premises from April 29, 2008 until rendition of Judgment herein;

5    3.    Statutory damages of $600.00; and/or

6    4.    For such other and further relief as the Court may deem just and proper.

7  Dated: 5/8/08                         PITE DUNCAN, LLP

                                         _____
                                         ROCHELLE L. STANFORD
                                         Attorneys for Plaintiff

-3-

COMPLAINT FOR UNLAWFUL DETAINER

1 **VERIFICATION**

2 State of California  )
                      )
3 County of San Diego )

4   I, Rochelle L. Stanford, am the attorney for JPMorgan Chase Bank, N.A., its successors and/or assigns, the Plaintiff in this action. Such party is absent from the County where I maintain my office, and I make this verification for and on behalf of that party for that reason. I have read the foregoing Summons and Complaint for Unlawful Detainer and Money Damages and accompanying documents therein and know their contents. I am informed and believe and on that ground allege that matters stated therein are true.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed May 8, 2008, at El Cajon, California.

   PITE DUNCAN, LLP

   By: _____
       ROCHELLE L. STANFORD
       Attorney at Law

1838431.wpd

-4-
COMPLAINT FOR UNLAWFUL DETAINER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JP Morgan Chase
Bank, NA. Its successor
and assigns )
           Plaintiff )

vs. )

Sallie Smart and Does )
I through X inclusive )
(A Real living being) )
           Defendant )

NO. _____

DECLARATION OF SERVICE

Person served:

JP Morgan Chase Bank

Date served:

5/27/08

I, The undersigned declare that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

Notice of Removal of State Court Civil Case # 37-2008 00034113-CL-OD-EC + Attachment of Original Complaint.

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the _____ who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) X By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 5/27/08

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85062-8420

Executed on 5/27/08, 2008 at San Diego, California

_____

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85062-8420

## DEFENDANTS
Sallie Smart ET APPS 01 X inclusive
1034 Leland St #26
Spring Valley, CA 91977

FILED
2008 MAY 27 APP
SOUTHERN DISTRICT COURT
OF CALIFORNIA
DEPUTY
Kult

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Clark
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  SD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE RACE OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
P.O. Box 78420
Phoenix, AZ 85062-8420

ATTORNEYS (IF KNOWN)

'08 CV 0934 J AJB

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Notice of Removal 28 USC 1441-(4b)

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 401 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury— | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument |  |  |  |  |
| [ ] 150 Recovery of Overpayment Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / PRODUCT LIABILITY | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
|  | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act |  | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
|  | [ ] 345 Marine Product / [ ] 370 Other Fraud | [ ] 690 Other |  | [ ] 850 Securities/Commodities/ Exchange |
| (Excl. Veterans) | Liability / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY |  |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 875 Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury |  | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability |  | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI |  |
|  |  |  | [ ] 865 RSI (405(g)) |  |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |  | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land |  | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation |  |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [x] 440 Other Civil Rights | [ ] 550 Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: [x] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 5/27/08
SIGNATURE OF ATTORNEY OF RECORD: Sallie Smart

UNITED STATES DISTRICT COURT