**PLAINTIFF/PETITIONER/MOVANT'S NAME:** Sailie Smart

**PRISON NUMBER:** 103A Leland Street #26

**PLACE OF CONFINEMENT:** Spring Valley, CA 91977

**ADDRESS**

```
FILED
2008 MAY 27  PM 4:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY
```

# United States District Court
## Southern District Of California

J.P. Morgan Chase Bank,

Plaintiff/Petitioner/Movant

v.

Sailie Smart,

Defendant/Respondent

Civil No. **08 CV 0934 J AJB**

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Sailie Smart, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?            ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                  ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. VA Medical Retire in 2003

   _____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance  from VA  ☑ Yes ☐ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                            ☐ Yes ☑ No
   f. Spousal or child support                         ☐ Yes ☑ No
   g. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____

   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:            Year:           Model:
   b. Is it financed? ☐ Yes ☑ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _Allege Forclosure Sale listed Above_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   Light Bill     $200
   Gas            $15
   Eletric Bill   $20
   Food           $75
   Medical        $80
   Travel Pass

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):  N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    VA Retirement 1,600.87

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 5/27/08              
                          SIGNATURE OF APPLICANT