1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10   JP MORGAN CHASE BANK, N.A.,          )   Civil No.: 08CV934 JAH (AJB)
                                          )
11                   Plaintiff,           )   **ORDER DENYING MOTION TO**
     v.                                   )   **PROCEED *IN FORMA PAUPERIS***
12                                        )   [Doc. No. 2]
     SALLIE SMART, et al,                 )
13                                        )
                     Defendants.          )
14   ──────────────────────────────       )

15        On May 27, 2008, Defendant Sallie Smart ("Defendant") filed a notice of removal of

16   Plaintiff JP Morgan Chase Bank's unlawful detainer action to this Court.  See Doc. No. 1.

17   Along with her removal petition, Defendant also filed a motion to proceed *in forma pauperis*.

18   Doc. No. 2.

19        All parties instituting any civil action, suit or proceeding in a district court of the United

20   States, except an application for writ of habeas corpus, must pay a filing fee of $350.  See

21   28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to prepay the entire fee

22   only if the party is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).

23   See Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999).

24        This Court finds Defendant's declaration in support of her request to proceed *in forma*

25   *pauperis* is insufficient to demonstrate she is unable to pay the fees or post securities required

26   to maintain this action.  *See* CivLR 3.2(d).  Defendant states she is currently unemployed but

27   receives $1,600.67 in the form of a VA Retirement.  She does not state whether this is a

28   monthly payment or a lump sum she was paid at some point in the past.  She maintains she

does not have a bank account or any savings, IRA, money market accounts or CDs. She states that she does not own a vehicle. Defendant states that her current debts include a light bill, gas and electric bill, food, medical expenses and a travel pass. These debts total $600. Again, it is unclear whether these are reoccurring expenses or outstanding debts. If Defendant's $1,600.67 VA Retirement is a monthly payment and the $600 is a monthly expense, it appears that Plaintiff would have $1000 in disposable income each month, which should be enough to pay the one-time $350 filing fee. Based upon the information provided, this Court finds Plaintiff is able to pay the filing fee. Accordingly, the Court **DENIES** Defendant's motion to proceed *in forma pauperis* without prejudice.

Although this Court cannot proceed until Defendant has either paid the filing fee required to maintain this action pursuant to 28 U.S.C. § 1914 or qualified to proceed *in forma pauperis*, this Court will allow Defendant adequate time to submit payment of the fee or file a motion to proceed *in forma pauperis* with additional information about her economic status. **Accordingly, Defendant is notified that in order to avoid remand of her case, she must either pay the $350 filing fee or file a motion to proceed *in forma pauperis* with adequate proof of her inability to pay the filing fee no later than July 18, 2008**. If Plaintiff does not pay the filing fee or file a motion to proceed *in forma pauperis* by **July 18, 2008**, her case will be remanded to the state court.

DATED: June 18, 2008

_____
JOHN A. HOUSTON
United States District Judge

08cv934