| | |
|---|---|
| Sallie Smart | **FILED** |
| 1034 Leland Street # 26 | 2008 JUL 21 PM 12: 23 |
| Spring Valley, Ca 91977 | CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
| | BY _____ DEPUTY |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No. 08 CV 0934 J AJM |
| JP MORGAN CHASE BANK, N. A. | ) Amended Motion to Proceed in |
| | ) FormaPauperis |
| | ) Its Successors and Assigns and Adequate |
| | ) Proof of inability to Pay |
| Plaintiff | ) Supported by Statement of Survivor |
| | ) Annuity Paid |
| | ) Verified Affidavit "True Bill" |
| Vs | ) |
| | ) |
| Sallie Smart and Does 1 Through X | ) This Controversy Excess 305,244.00 |
| Inclusive ( A Living Being) | ) All Parties has been Currently Served |
| Defendant/ Respondents | ) |

## Statement of Cause

I Sallie Smart  A State National / natural (native)-born citizen of one of the sovereign States or Territories of the Confederate States of America, State National, one of the people of the united States of America and one of the people of California and not a trained or licensed Attorney; so, of necessity, I am acting at all times within my fundamental right to defend my life, liberty, and property as set out in CALIFORNIA

1  CONSTITUTION (2001), Art. 1, Sec. 1 (from http://www.leginfo.ca.gov/.const/.article_1 ,
2  Further Make Right waiver none ever,
3  I Sallie Smart Declare and Attest and affirm that I am unable to pay the Require Court
4  Cost of said amount of three Hundred and fifty Dollar Per-HJR-192 **Enclosed is Payers**
5  **Identification Number 52-6083699 Statement of Annuity Paid for the Month of 2007 /**
6  **federal tax Return furnished by the U.S. Internal Re-venue Service** , which mention
7  the Gross Amount ( 6144.00 ) **Retirement Claim No.CSF2984074W** and due to the
8  Affirmation fact that I Sallie Smart has No Lawful Mean to Tender and **offset** that court
9  fees , **unless the Holder –in –due Course submit to the Department of the Treasury**
10  **my Exemption Annuitants Social Security No . 366342266** under **the Emergency**
11  **Bankruptcy of 1933** , Wherefore President Roosevelt Cancel Gold & Silver Certificate
12  aka Lawful Money pursuant to Article 1 Section 10 of the Constitution for the united
13  States of America and 73 Congress **House Joint Resolutions -192 , Etc.**
14
15  **Verification**
16  I Sallie Smart Declare and Attest that I am A State National / natural (native)-born
17  citizen of one of the sovereign States or Territories of the Confederate States of America,
18  State National, one of the people of the united States of America and one of the people of
19  California, None Federal Employee nor Citizen of the United States .and I further make
20  Reservation under Universal Declaration of Human Right, International Bill of Right,
21  International Protocols,  United Nation Covenant of civil and Political Right, Vienna
22  Convention, Geneva Convention, Rome Convention , Hague Convention , International
23  Protocols  I am acting at all times within my fundamental right to defend my life, liberty,
24  and property as set UN Resolutions , and mention of **Enclosed Payers Identification**
25  **Number 52-6083699 Statement of Annuity Paid for the Month of 2007 / federal tax**
26  **Return furnished by the U.S. Internal Re-venue Service** , which mention the said
27  Gross Amount ( 6144.00 ) **Retirement Claim No.CSF2984074W** and due to the
28  Affirmation fact that I Sallie Smart have No Lawful Mean to Tender and **offset** that court

1  fees, **unless the Holder –in –due Course submit UCC-1 Financing Statements to**
2  **the Department of the Treasury my Exemption Annuitants Social Security No.**
3  **366342266** under **the Emergency Bankruptcy of 1933**, Wherefore President
4  Roosevelt Cancel Gold & Silver Certificate aka Lawful Money pursuant to Article 1
5  Section 10 of the Constitution for the united States of America and 73 Congress **House**
6  **Joint Resolutions -192, shall be view as true and correct also.**
7  DATE: July 3, 2008
8  **Hence Forth Submitted**
9
10 *[signature: Sallie Smart]*
11 Sallie Smart
12 UCC 1-207.7 " Without Prejudice"



| | | | |
|---|---|---|---|
| **PAID BY** | OFFICE OF PERSONNEL MANAGEMENT RETIREMENT PROGRAMS P.O. BOX 45 BOYERS, PA 16017-0045 | **STATEMENT OF SURVIVOR ANNUITY PAID** Copy B - File with Federal tax Return. | **2007** |

Form CSF 1099R (Rev. 1/2008)
This information is being furnished to the Department of the Treasury-Internal Revenue Service

| Annuitant's Social Security No. | Federal income tax withheld | Gross annuity amount |
|---|---|---|
| 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 | NONE | 6144.00 |

| Health Insurance Premiums |
|---|
| NONE |

| Retirement Claim No. |
|---|
| CSF2984074W |

| Distribution Code |
|---|
| 4-DEATH-BENEFIT |

**PAID TO** SALLIE J SMART
1034 Leland St., #26
Spring Valley, CA 91977

| State 1 | State income tax withheld |
|---|---|
| | NONE |
| State 2 | State income tax withheld |
| | NONE |

| PAYER'S Federal Identification Number |
|---|
| 52-6083699 |

10/95 FT99A

-- To Separate Please Cut on Broken Line --

| | | | |
|---|---|---|---|
| **PAID BY** | OFFICE OF PERSONNEL MANAGEMENT RETIREMENT PROGRAMS P.O. BOX 45 BOYERS, PA 16017-0045 | **STATEMENT OF SURVIVOR ANNUITY PAID** Copy C - For annuitant's records. This information is being furnished to the U.S. Internal Revenue Service. | **2007** |

Form CSF 1099R (Rev. 1/2008)

| Annuitant's Social Security No. | Federal income tax withheld | Gross annuity amount |
|---|---|---|
| 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 | NONE | 6144.00 |

| Health Insurance Premiums |
|---|
| NONE |

| Retirement Claim No. |
|---|
| CSF2984074W |

| Distribution Code |
|---|
| 4-DEATH-BENEFIT |

**PAID TO** SALLIE J SMART
1034 Leland St., #26
Spring Valley, CA 91977

| State 1 | State income tax withheld |
|---|---|
| | NONE |
| State 2 | State income tax withheld |
| | NONE |

| PAYER'S Federal Identification Number |
|---|
| 52-6083699 |

10/95 FT99

-- To Separate Please Cut on Broken Line --

| | | | |
|---|---|---|---|
| **PAID BY** | OFFICE OF PERSONNEL MANAGEMENT RETIREMENT PROGRAMS P.O. BOX 45 BOYERS, PA 16017-0045 | **STATEMENT OF SURVIVOR ANNUITY PAID** Copy 2 - To be filed with State or local tax return. | **2007** |

Form CSF 1099R (Rev. 1/2008)

| Annuitant's Social Security No. | Federal income tax withheld | Gross annuity amount |
|---|---|---|
| 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 | NONE | 6144.00 |

| Health Insurance Premiums |
|---|
| NONE |

| Retirement Claim No. |
|---|
| CSF2984074W |

| Distribution Code |
|---|
| 4-DEATH-BENEFIT |

**PAID TO** SALLIE J SMART
1034 Leland St., #26
Spring Valley, CA 91977

| State 1 | State income tax withheld |
|---|---|
| | NONE |
| State 2 | State income tax withheld |
| | NONE |

| PAYER'S Federal Identification Number |
|---|
| 52-6083699 |

10/95 FT99

-- To Separate Please Cut on Broken Line --

| | | | |
|---|---|---|---|
| **PAID BY** | OFFICE OF PERSONNEL MANAGEMENT RETIREMENT PROGRAMS P.O. BOX 45 BOYERS, PA 16017-0045 | **STATEMENT OF SURVIVOR ANNUITY PAID** Copy 2A - To be filed with State or local tax return. | **2007** |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JP Morgan Chase Bank, N.A. )
)
**Plaintiff** )
)
vs. )
)
Sallie Smart and )
Does 1 Through X )
Inclusive (A Living Being) )
**Defendant** )

NO. 08 CV 0934 J AJM

DECLARATION OF SERVICE

Person served:

JP Morgan Chase Bank

Date served:

7/17/08

I, The undersigned declare that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

Amended Motion to Proceed in Forma Pauperis.

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the _____ who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 7/17/08

Executed on 7/17/08, 2008 at San Diego, California