1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., ) | Civil No.: 08CV934 JAH (AJB) |
| Plaintiff, ) | **ORDER DENYING AMENDED MOTION TO PROCEED *IN FORMA PAUPERIS*** [Doc. No. 5] |
| v. ) | |
| SALLIE SMART, et al, ) | |
| Defendants. ) | |

On May 27, 2008, Defendant Sallie Smart ("Defendant") filed a notice of removal of Plaintiff JP Morgan Chase Bank's unlawful detainer action to this Court. See Doc. No. 1. Along with her removal petition, Defendant also filed a motion to proceed *in forma pauperis*. Doc. No. 2. The Court may authorize a party to proceed with her suit without prepayment of a $350 filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). See Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). On June 17, 2008, this Court denied Defendant's application to proceed IFP based upon insufficient information regarding her income and expenses. Pursuant to the Court's order, Defendant filed an amended motion to proceed IFP along with supposed proof of her inability to pay on July 21, 2008. Doc. No. 5.

Based upon a careful review of Defendant's amended motion and the document submitted in support thereof, this Court finds that Defendant has failed to demonstrate she is unable to pay the fees or post securities required to maintain this action. See CivLR 3.2(d). The Court notes that Defendant is proceeding without the assistance of counsel, and therefore

will construe her pleadings liberally. However, even construing her motion liberally, the Court cannot find that Defendant is unable to pay the fees. In her amended motion, Defendant states:

> I Sallie Smart Declare and Attest and affirm that I am unable to pay the Require Court Cost of said amount of three Hundred and fifty Dollar Per-HJR-192 Enclosed is Payers identification Number 52-6083699 Statement of Annuity Paid for the Month of 2007 / federal tax Return furnished by the U.S. Internal Re-venue Service, which mention the Gross Amount (6144.00) Retirement Claim No.CSF2984074W and due to the Affirmation fact that I Sallie Smart has No Lawful Mean to Tender and offset that court fees, unless the Holder -in-due Course submit to the Depart of the Treasury my Exemption Annuitants Social Security No. 366342266 under the Emergency Bankruptcy of 1933, Wherefore President Roosevelt Cancel Gold & Silver Certificate aka Lawful Money pursuant to Article 1 Section 10 of the Constitution for the united States of America and 73 Congress House Joint Resolutions - 192. Etc.

From this lengthy statement, which is repeated twice and represents the bulk of the amended motion, the Court can only decipher Defendant's assertion that she is unable to pay the filing fee. However, an assertion of inability to pay, without more, is insufficient to qualify for IFP status. Defendant also submitted a form document entitled "Statement of Survivor Annuity Paid." This document shows that a "gross annuity amount" of $6144.00 has been paid or will be paid to Defendant. It is unclear what point Defendant intends to convey with this document. Without any context, this document is insufficient proof of inability to pay. Based upon the information provided, this Court cannot find Defendant is unable to pay the $350 filing fee. Accordingly, the Court **DENIES** Defendant's motion to proceed *in forma pauperis* without prejudice.

Although this Court cannot proceed until Defendant has either paid the filing fee required to maintain this action pursuant to 28 U.S.C. § 1914 or qualified to proceed IFP, this Court will again allow Defendant adequate time to submit payment of the fee or file a motion to proceed IFP with additional information about her economic status. **Accordingly, Defendant is notified that in order to avoid remand of her case, she must either pay the $350 filing fee or file a motion to proceed IFP with adequate proof of her inability to pay the filing fee no later than <u>August 25, 2008</u>**. If Defendant does not pay the filing fee

1 | or file a motion to proceed IFP by **August 25, 2008**, her case will be remanded to the state
2 | court.
3 |       **Lastly, the Clerk of Court is directed to mail Defendant a blank Motion to
4 | Proceed in Forma Pauperis form**.  Defendant is advised that if she chooses to file an amended
5 | IFP motion, her amended motion must include a statement of all her assets, income, debts and
6 | expenses, showing that she is unable to pay the fees.

Dated: July 24, 2008

JOHN A. HOUSTON
United States District Judge