Sallie Smart
c/o 1034 Leland Street #26
Spring Valley Ca ( 91977)

FILED
08 AUG 26 PM 12: 55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRIC COURT

SOUTHERN DISTRICT OF CALIFORNIA

) Case No.08 CV 934JAH (AJB)
)
)
J.P. Morgan Bank Chase Bank, N.A.  ) Amended Verified Affidavit, "True Bill"
) in Support of Fee Waiver
) Support by Sallie Smart
Plaintiffs )
)
v )
)
)
Sallie Smart )
)
Defendants/ Respondents

-----------------------------------------------------------

Statement of Cause

I Sallie Smart Affirm and Attest, that the annually amount of 6,100.00 of the Pensions, or Death Benefit per-month round ball figure amounting to 523.00 monthly living expensive and I also follow the court subjected in hiring and attorney, Parker Stenberg has over 100,000 Attorney –at-law through the 50 states in Pre-paid Legal Service , enclosed is a copied of their flyers for further inquiry, of assignment of contract Attorney.

I Sallie Smart further affirm and declared , now that I per-paid legal Service, Perhaps they can test the validity of foreclosure,  by **Homecoming Financial Service and the is TICOR TITLE COMPANY IS TRUSTEE** , also my former lenders Countrywide Home loan, every time I turn on The Television , I Saw  my lender , CEO of Countrywide Mortgage on CNN , how they accused the Owner of  Countrywide Entire Corporations,   have unsuspecting  homeowner enter into  investment loan aka non-loan or Investment on  wall street , without full Disclosure to purchaser ,according to the
……

-1-

True and Lending Act/ Right to Rescission and I understand President Bush has a Three Hundred Billion Dollar Bail out for homeowner who qualified in Oct 2008, not to mention the Class Action lawsuit by Illinois, New York and California Attorney General , out of court Settlement for $500,000,00.

After interview of several legal counsel who mention : Federal Judge Christopher Boyko decision in Bogus Foreclosure/ Affidavit of lost of Note since, Oct 2007 in Cleveland Ohio ,and how third party investors like J.P. Morgan chase , purchase thousand of investment bond and foreclosure without proof of ownership , nor standing in state court, According to Governor Schwarzenegger , New California Law Clarifies Ownership issue , with respect to Certificate of sale, does not constitute ownership.

I Sallie smart, didn't want to go into bankruptcy , nor become insolvent to save my homes , I just wanted full disclosure by my Original Lenders of Exercised my Right to Due Process and equal Protection of the law ,under the Original Article III Common law Court, and since state court doesn't recognize the common law, and their no federal common law ….the remove under legislature Act 28 USC 1446 Section 576 of sham state case proceeding or filed a Quiet Title and challenge all these third parties investor to show the burden of proof of owner and what right do they has to foreclosure as a third party and give a state court claim that the are they are my new sham Lenders, and further inquire is its lawful for **Homecoming Financial Service and the is TICOR TITLE COMPANY IS TRUSTEE** , to keep the pay off check, that was send by Certified Mail #7007 0710 0005 3098 8184 for the total amount of the loan, and sale to a third parties who foreclosure Without submit a notice of dishonor, so this could have been protest by notary public, in a timely fashion, etc.

**Verification**

I ,Sallie Smart ,Declared and Attest , that I am insolvent and the amount of 6,100.00 is a annually amount , and the amount of Five Hundred and Twenty three is what I received monthly, and the exhibit of pay off of the homes by private investors is a gift , and Commercial Dishonor by the Original lenders , See Homecomings Financial

Service Tracking and Confirmation off payoff 7007 0710 0005 3098 8184 / Homecomings Financial Service failure to return the check nor did Homecomings Financial Service send me a dishonor letter like Countrywide home loan ,should be view as true and correct , and any mention of the removal to Article III Court / Common Venue in the District Court of the United States, not as a mean of delay only to test the validity of **third parties Mortgage investors J.P. Morgan Chases Bank , one Vexatious Proceeding nor will they in good faith show proof** of their Right to Foreclosure, and Proof of Ownership on the **Original Deed of trust**, wherefore it mention **Homecoming Financial Service is My Original lender and TICOR TITLE COMPANY IS Original TRUSTEE and I Do not know nor was full disclosure given of this third parties Mortgage investors J.P. Morgan Chases Bank , nor was I given full disclosure what standing they have to filed a forcible eviction in state court, and label it as a controversy under $10,000.00 in behalf Homecoming Financial Service which is My Original lender and the is TICOR TITLE COMPANY IS TRUSTEE** should be view as true and correct also, Etc.

8-22-08

Respectfully Submitted

*[signature]*

Attachment B

 **COUNTRYWIDE HOME LOANS**

400 Countrywide Way, SV-63
Simi Valley, CA 93065
(805) 520-5100

September 12, 2007

Sallie Smart
9476 Debbie Court
El Cajon, CA 92021

Re:   Countrywide Loan Number 110966984
      Property Address: 3616 Boren Street, San Diego, CA 92115

Dear Ms. Smart:

This is in response to your letter dated May 19, 2007, addressed to Countrywide Home Loans, Inc. ("Countrywide"). Enclosed with your letter was your personal check 131 in the amount of $400,000.00 intended as the final payment on the loan.

Your check was stamped with a "Restricted Accommodation Endorsement", which Countrywide does not accept as a valid means to payoff the loan. As such, the check is being returned to you.

Your loan was referred to foreclosure on May 30, 2006, due for the March 2006 through May 2006 installments. You no longer have the opportunity to payoff the loan in full, as the property was sold at a foreclosure sale on March 16, 2007, and was reverted to the lender.

If you have further concerns or questions regarding the foreclosure, please contact the FBRM Customer Escalation Team at (866) 200-9624.

Sincerely,

*Terri Madrid*

Terri Madrid
Vice President
Loan Administration
Terri_Madrid@countr...
Phone: (805) 520-537.
Fax: (805) 306-7760

Enclosure



 **COUNTRYWIDE HOME LOANS**

400 Countrywide Way, SV-63
Simi Valley, CA 93065
(805) 520-5100

September 12, 2007

Sallie Smart
9476 Debbie Court
El Cajon, CA 92021

Re:   Countrywide Loan Number 97269732
      Property Address: 9476 Debbie Court, El Cajon, CA 92021

Dear Ms. Smart:

This is in response to your letter dated May 19, 2007, addressed to Countrywide Home Loans, Inc. ("Countrywide"). Enclosed with your letter was your personal check 132 in the amount of $70,000.00 intended as the final payment on the loan.

Your check was stamped with a "Restricted Accommodation Endorsement", which Countrywide does not accept as a valid means to payoff the loan. As such, the check is being returned to you.

Your first lien loan 97270116 was referred to foreclosure on March 2, 2007, due for the December 2006 through March 2007 installments. This confirms that you no longer have the opportunity to payoff the corresponding HELOC loan 97269732 in full, as the property under the first lien 97270116 was sold at a foreclosure sale on August 16, 2007, and was reverted to the lender.

If you have further concerns or questions regarding the foreclosure, please contact the FBRM Customer Escalation Team at (866) 200-9624.

Sincerely,

Terri Madrid
Vice President
Loan Administration C
Terri_Madrid@country
Phone: (805) 520-5371
Fax: (805) 306-7760

Enclosure

 UNITED STATES POSTAL SERVICE®

Home | Help | S

_____ | Track & Confirm   F

# Track & Confirm

**Search Results**

Label/Receipt Number: 7007 0710 0005 3098 8184
Status: Delivered

Your item was delivered at 11:34 am on May 22, 2007 in DALLAS, TX 75204. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

  ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Numbe



**HOME LOANS**

CUSTOMER CARE UNIT
400 COUNTRYWIDE WAY, MS SV-314
SIMI VALLEY, CA 93065-6296

(800) 669-6093
(805) 520-5032 FAX

May 29, 2007

Sallie Smart
9476 Debbie Ct
El Cajon, CA 92021

Subject: Countrywide Loan Number 97270116

Dear Ms Smart,

This letter is pursuant to your correspondence dated May 19, 2007.

Your correspondence included a personal check in the amount of $580,000.00, which you provided to fully satisfy the above referenced loan.

My research of your account revealed that your loan originated on May 5, 2005, with an original principal balance of $519,200.00. You executed a *Note* and *Deed of Trust* (copies enclosed), in the amount of $519,200.00, to secure your performance under the terms of the *Note*, which you were granted security interest in the property located at 9476 Debbie Ct, El Cajon, CA 92021.

Your *Note* requires **monthly payments** of principal, interest and escrow, in the amount of $1,800.28, in United States currency (**U.S. dollars**). Your payments are due on the first day of every month.

Acceptable forms of payment for payoff are certified funds or wire. The Personal Check you enclosed is not an acceptable form of **payment on this obligation in regard to your request to pay the loan in full.** Your *Personal Check was not received in a form which could be negotiated.*

Presently, your loan is next due for the December 2006 through May 2007 installments.

In addition, it is Countrywide's position that the terms and conditions of your loan were adequately disclosed to your at the time your loan was originated. By signing the *Note* and *Deed of Trust*, you accepted the terms of the loan.

I hope I have clearly conveyed Countrywide's position regarding this matter.

Sincerely,

*Thomas M.*

Thomas M.
Resolution Management Specialist
Office of the President

Enclosures

```
                                                          90-8643/3222                    133
     MARIA R. METCALF                                     1905345256
        954 SURREY DR.
       BONITA, CA  91902                                  DATE  May 18, 2007

PAY TO THE
ORDER OF   COUNTRYWIDE BANK                                    $ 580,000.00

   FIVE HUNDRED EIGHTY THOUSAND DOLLARS AND NO CENTS    DOLLARS

   IMPERIAL
   CAPITAL BANK
   (877) 906-4653
   www.imperialcapitalbank.com
                                            Maria Metcalf              MP
MEMO  097270116

⑈322286434⑈ 0133⑈ 1905345256⑈
```

Attachment F

**MARIA R. METCALF**
954 SURREY DR.
BONITA, CA 91902

90-8843/3222
1905345256

132

DATE May 18, 2007

PAY TO THE ORDER OF  COUNTRYWIDE HOME LOANS    $ 70,000.00

SEVENTY THOUSAND DOLLARS AND NO CENTS _____ DOLLARS

IMPERIAL CAPITAL BANK
(877) 909-4883
www.imperialcapitalbank.com

MEMO 097269732

⑆322286434⑆ 0132⑈ 1905345256⑈

---

**MARIA R. METCALF**
954 SURREY DR.
BONITA, CA 91902

90-8843/3222
1905345256

131

DATE May 18, 2007

PAY TO THE ORDER OF  COUNTRYWIDE HOME LOANS    $ 400,000.00

FOUR HUNDRED THOUSAND DOLLARS AND NO CENTS _____ DOLLARS

IMPERIAL CAPITAL BANK
(877) 909-4883
www.imperialcapitalbank.com

MEMO 110966984

⑆322286434⑆ 0131⑈ 1905345256⑈

Attachment G

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CEO/President/VP
   HomeComings Financial
   2711 N. Haskell Ave.
   Dallas, TX 75204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature: Milton Smith] — Agent / Addressee
B. Received by (Printed Name)
C. Date of Delivery: MAY 22
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 3098 8184

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CEO/President/V.P.
   Countrywide Home Loan
   P.O. Box 10287
   Van Nuys, CA 91410-0287

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [stamp: COUNTRYWIDE FUNDING] — ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 3098 8191

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 3

7007 0710 0005 3098 8177

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CEO/President/VP
   Countrywide Home Loans
   P.O. Box 10287
   Van Nuys, CA 91410-028[7]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [stamp: COUNTRYWIDE FUNDING] — ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 3098 8177

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CEO/President/V.P.
Countrywide Home Loan
P.O. Box 10287
Van Nuys, CA 91410-0287

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [COUNTRYWIDE stamp] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [COUNTRYWIDE FUNDING stamp]
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 3098 8191

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Receipt 2:**

Article Number: 7007 0710 0005 3098 8177

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CEO/President/VP
Countrywide Home Loans
P.O. Box 10287
Van Nuys, CA 91410-0287

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [COUNTRYWIDE stamp] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [COUNTRYWIDE FUNDING stamp]
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 3098 8177

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CEO/President/V.P.
Countrywide Bank
MSN SV-26B
PO Box 10229
Van Nuys, CA 91410-0229

COMPLETE THIS SECTION ON DELIVERY
A. Signature: [COUNTRYWIDE stamp] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [COUNTRYWIDE FUNDING stamp]
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 3098 8160

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sallie Smart
9476 Debbie Ct.
El Cajon, CA 92021-2857

5/19/07
CL/CK

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sallie Smart
9476 Debbie Ct.
El Cajon, CA 92021-2857

5/19/07
CL/CK

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sallie Smart
9476 Debbie Ct.
El Cajon, CA 92021-2857

5/19/07
CL/CK

DALLAS TX 752

# UTA eNews 
October 11, 2007

## New California Law Clarifies Ownership Issue With Respect to Certificates of Sale

AB 1020, a measure which contained language proferred by UTA, has been signed into California law by Governor Schwarzenegger.

The new law, according to UTA's California Legislative Advocate, Michael Belote, "makes a clarifying change with respect to electronic recording, but of greater interest to UTA, the bill also contains an important amendment to change of ownership laws."

He added, "UTA suggested an amendment to clarify that the recording of 'certificates of sale' following nonjudicial foreclosures of CID assessment liens, does not constitute a change of ownership. Some counties have been refusing to record these certificates, whose recording is required by current law, unless change of ownership statement and even documentary transfer taxes are attached."


Governor Schwarzeneg

### Recent Issues

- Ten Members On Ballot For Board Of Directors
- New California Law Clarifies Ownership Issue
- Trustee's Fee Calculator Added to UTA Website
- Legislative Committee To Develop 2008 Wish List
- Alaska Legislation Would Require Publishing Notices
- IRS Bulletin Notes New Office
- California ERDS Regulations Approved

- Silent Auction Featured at Conference Dinner Event
- UTA's 'Can't Miss' Conference is Coming in Two Wee
- Five UTA Members Certified
- Seven More New Members Join UTA
- UTA Texas Workshop a Big Success
- Industry Newsclips

**Headquarters**
2030 Main Street, Suite 1300, Irvine, CA 92614
www.unitedtrustees.com | Tel: 949.260.9020 | Send us an email

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

J.P. MORGAN BANK CHASE BANK, NA Plaintiff )
)
vs. )
)
SALLIE SMART )
Defendant )

NO. 08 CV 934 JAH (AJB)

DECLARATION OF SERVICE

Person served: J.P. MORGAN BANK CHASE BANK, NA.

Date served: 8-22-2008

I, The undersigned declare that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

AMENDED VERIFIED AFFIDAVIT TRUE BILL IN SUPPORT OF FEE WAIVER SUPPORT BY SALLIE SMART

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) X By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on AUGUST 22, 2008

J.P. MORGAN BANK CHASE BANK, NA
3415 VISION DRIVE
COLUMBIA, OHIO 43219
1-800-242-7024

Executed on AUGUST-22-, 2008 at San Diego, California

Attachment A

## Protect yourself and your family with



## PRE-PAID LEGAL SERVICES®, INC.

**Affordable legal services to protect your rights.**

Pre-Paid Legal Services, Inc.
Box 145 • Ada, Oklahoma 74820

## It's a fact!

80 million lawsuits are filed in the U.S. each year – an average of 152 lawsuits per minute.

This year, the odds are greater that you will be in court than in the hospital.

One out of three Americans will need the advice of a lawyer in the next 12 months.

75% of all Americans do not have a Will.

BRO.PLMT(295)

## What is Pre-Paid Legal Services?

A Pre-Paid Legal Services plan gives you power where most adult Americans need it. You now have the ability to practice preventive law with Pre-Paid Legal Services.

The Pre-Paid Legal Services plan is designed to give you and your family affordable access to legal services for your personal and work life. It is your benefit of protection against countless legal matters.

## When should you consult a lawyer?

A lot more often than you think.

Make no mistake: life is not fair. Your legal rights are constantly challenged, in disputes, lawsuits, leases, contracts, business, warranty and consumer issues.

In many cases, your satisfaction is not guaranteed, and you don't receive everything you are entitled to. You need to know how the law protects you -- and the sooner, the better.

That's why Pre-Paid Legal Services was created for you and your family.

## You have no rights if you don't know your rights

The wealthy always have the legal edge because they can afford the regular services of an attorney. There is too much law for those who can afford it and too little for those who can not.

Professional legal assistance is no longer a privilege for the few. It is a necessity for everyone.

Pre-Paid Legal Services offers you affordable access to an attorney.

Your Pre-Paid Legal Services attorney will be there when you need help to buy a home, review a contract, prepare your Will.

The Pre-Paid Legal plan guarantees your access to the legal system, equal justice under the law, and the ability to defend your rights, property and person. It will help you make each dollar count, as well as ensure your family gets a fair shake in all your day-to-day dealings.

You have a family doctor and a family dentist. Why shouldn't you have a family law firm to help you practice preventive law?

## Title I

### Preventive Legal Services

- Unlimited Toll-free Telephone Consultations[1] for personal and business questions
- Letters/Phone Calls on your behalf
- Contract/Document Review[2] on your behalf
- Will Preparation & Updates

[1] WV residents have up to 50 hours consultation per year.
[2] WV residents may have up to 5 documents per year reviewed.

## Title II

### Motor Vehicle Legal Services

- **Minor Legal Expenses** Moving traffic violation representation
- **Major Legal Expenses** Defense of criminal charges resulting from operation of a moving vehicle
- Up to 2.5 hours for help with:
  - Suspended License
  - Personal Injury/Property Damage Collection $2,000 or less

## Title III



### Trial Defense

Help with attorney fees for defense of civil and covered work-related criminal charges.

60 hours of assistance, first membership year.

Scheduled benefits increase to a maximum of:
- 2nd year - 120 hours of assistance
- 3rd year - 180 hours of assistance
- 4th year - 240 hours of assistance
- 5th year - 300 hours of assistance

Benefits paid according to schedule fully described in membership contract.

## Title IV



### I.R.S. Audit Legal Services

Scheduled benefits up to 50 hours of professional services from your provider attorney to help defray the cost of audit representation.

Coverage includes the tax return filed this year.

## Title V



### Other Legal Work

Other legal services not specifically covered by the membership are available at a 25% discount from the Provider Attorney's standard or corporate hourly rate for representation.

These are highlights of the current Pre-Paid Legal Services, Inc. program. Consult membership contract for a complete description of benefits, provisions, limitations, and exclusions.